# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 19-cv-23110-BLOOM/Louis

CHRISTOPHER MAURICE MCDOWELL,

    Plaintiff,

v.

JOSE GONZALEZ and DAVID COLON,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon *pro se* Plaintiff Christopher Maurice McDowell's ("Plaintiff") "Motion asking the (Appeal Courts) to hear these facts about case," ECF No. [66] ("Motion"). The Court has reviewed the Motion, the record in this case, and the applicable law, and is otherwise fully advised. For the reasons that follow, the Motion is denied as the Court lacks jurisdiction.

On December 5, 2019, Plaintiff filed a Notice of Appeal as to this Court's Order on Motion to Dismiss, ECF No. [59]. Due to Plaintiff's pending appeal, the Court lacks jurisdiction to rule on the instant Motion. *See* 28 U.S.C. § 1291 ("The courts of appeals . . . shall have jurisdiction of appeals from all final decisions of the district courts of the United States."); *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("[I]t [is] generally understood that a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance — it confers jurisdiction on the court of appeals and divests the district court of its control over those

aspects of the case involved in the appeal."). **The Court notes that any filings relating to Plaintiff's pending appeal must be filed before the Court of Appeals for the Eleventh Circuit.**

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [66]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 12, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record